1990R03711

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Criminal No. 91-308(DRD) |
| RICARDO LONDONO | : | <u>ORDER FOR DISMISSAL</u> |

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 91-308, against defendant Ricardo Londono, which Indictment was filed on June 28, 1991, charging the defendant with a violation of Title 18, United States Code, Section 1956(a)(1) and 2, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

    This dismissal is without prejudice.

*/s/ Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney

    Leave of Court is granted for the filing of the foregoing dismissal.

*/s/ Dickinson R. Debevoise*
HON. DICKINSON R. DEBEVOISE
United States District Judge

Dated: October 17, 2008